**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARILYN STEWART,<br><br>　　　　　　　Defendant. | Case No. 2:12-cr-00272-LDG-CWH<br><br>**ORDER** |

　　　This matter is before the Court on Defendant Marilyn Stewart's Motion to Dismiss Criminal Indictment Or To Continue Trial (#24), filed January 4, 2013; Defendant's Motion to Arrest and Transport a Material Witness (#25), filed January 4, 2013; and Defendant's Motion to Allow Defendant to Appear Telephonically (#29), filed January 28, 2013.  Defendant has entered into a plea agreement and her counsel has indicated that each of the aforementioned motions is moot as a result.   Accordingly,

　　　**IT IS HEREBY ORDERED** that Defendant Marilyn Stewart's Motion to Dismiss Criminal Indictment Or To Continue Trial (#24) is **denied as moot**.

　　　**IT IS FURTHER ORDERED** that  Defendant's Motion to Arrest and Transport a Material Witness (#25) is **denied as moot**.

　　　**IT IS FURTHER ORDERED** that Defendant's Motion to Allow Defendant to Appear Telephonically (#29) is **denied as moot**.

　　　DATED this 27th day of February, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**