```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        JUN - 3 2013

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-272-LDG-(CWH) |
| MARILYN STEWART, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On February 20, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant MARILYN STEWART to the criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Agreement, and shown by the United States to have the requisite nexus to the offense to which defendant MARILYN STEWART pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 33; Plea Agreement, ECF No. 34; Preliminary Order of Forfeiture, ECF No. 35.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

. . .

consecutively from February 23, 2013, through March 24, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 37.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

1. Sony Desktop computer including power cord, serial number C6UOHP3S;
2. Compaq Laptop including power cord, serial number 2CE849PCHQ;
3. Seagate Free Agent 320 GB Hard Drive;
4. MSI Notebook, serial number U123-001USK 0906000013;
5. iPhone with large white apple sticker;
6. Five CDs;
7. Three dare-elec, 2GB memory cards;
8. One Micros, 2GB memory card;
9. One Seagate hard drive, serial number 2GE1LEOT;
10. One HP Pavilion CPU, serial number 3CR85009WV;
11. LG Phone IMEI number 353023-02-096402-4;
12. Sony VAIO CPU, serial number 3000638;
13. 9 CDs;
14. Two CDs;

| | | |
|---|---|---|
| 1 | 15. | One DVD; |
| 2 | 16. | Lexar Thumbdrive, serial number N12610; |
| 3 | 17. | Sandisk Cruzer, serial number SDC236-004G; |
| 4 | 18. | Apple Computer and keyboard, serial number W87405VXX86; |
| 5 | 19. | Targus thumbdrive, serial number 0803006285; |
| 6 | 20. | One CD labeled DOC transfer disk; |
| 7 | 21. | One Dell CPU, serial number, 0585N31; |
| 8 | 22. | One Dell CPU, serial number 77MKY71; |
| 9 | 23. | One Dell CPU and extension cord, serial number GRYMR91; |
| 10 | 24. | One Blackberry telephone, MEI number 268435458802325338; |
| 11 | 25. | One CD and One DVD; |
| 12 | 26. | PNY Attache thumbdrive; |
| 13 | 27. | Sandisk cruzer thumbdrive, serial number BL0811NGXB; |
| 14 | 28. | Six DVDs; |
| 15 | 29. | One Blackberry cell phone FCC ID: L6ARBU20CW; |
| 16 | 30. | One iPhone with case, FCC ID: BCG-E2380A; and |
| 17-18 | 31. | An in personam criminal forfeiture money judgment of $246,919.00 in United States Currency ("property"). |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __3rd__ day of __June__, 2013.

_____
UNITED STATES DISTRICT JUDGE